SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
DENNIS COOPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS COOPER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE PROFESSIONAL MANAGEMENT PLUS TEAM; MARTHA A LYNN, AS TRUSTEE OF THE MERRILL-LYNN FAMILY TRUST; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 5:25-cv-01353-DTB<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff DENNIS COOPER ("Plaintiff") and Defendants THE PROFESSIONAL MANAGEMENT PLUS TEAM and MARTHA A LYNN, AS TRUSTEE OF THE MERRILL-LYNN FAMILY TRUST stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\

\\
\\
\\

Respectfully submitted,

DATED: October 30, 2025  SO. CAL. EQUAL ACCESS GROUP

By: */s/ Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

DATED: October 30, 2025  LAW OFFICE OF DAVID PHILIPSON

By: */s/ David Philipson*
David Philipson, Esq.
Attorneys for Defendants
THE PROFESSIONAL MANAGEMENT PLUS TEAM; MARTHA A LYNN, AS TRUSTEE OF THE MERRILL-LYNN FAMILY TRUST

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 30, 2025  By: */s/ Jason J. Kim*
Jason J. Kim